1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RAUL CASTILLO,                        )NO. CV 12-02471 SVW (SS)
                                          )
12                    Petitioner,          )
                                          )
13          v.                            )        **JUDGMENT**
                                          )
14  DOMINGO URIBE, JR., Warden,           )
                                          )
15                    Respondent.          )
    _____)

16

17

18       Pursuant to the Court's Order Accepting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24  DATED:  April 23, 2013

25                              _____

26                              STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE

27

28